CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

Attorneys for Moving Party
Oxana Wootton

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| In Re:<br><br>Alan T. and Wendy Lynn Wootton,<br><br>    Debtor(s).<br><br>―――<br><br>ALAN T. WOOTTON<br><br>    Plaintiff<br><br>vs.<br><br>OXANA WOOTTON<br><br>    Defendant | Case No: 09-57389 ASW<br><br>Chapter 13<br><br>Adversary No. 10-05359<br><br>NOTICE OF MOTION DISMISS COMPLAINT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>Date: December 16, 2010<br>Time: 2:15PM<br>Courtroom: 3035<br>Judge: Hon. Arthur Weissbrodt |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on December 16, 2010 at 2:15 p.m. or as soon thereafter as counsel may be heard in **Courtroom 3035** of the above entitled court, located at 280 South First St., San Jose, CA 95113. Oxana Wootton ("Wootton" or "Defendant") will move this Court for an order dismissing Alan Wootton's Adversary Complaint to determine Extent of Interest of Bankruptcy Estate in Property ("Complaint").

1

The Motion to Dismiss is brought on the grounds that Plaintiff's claims against Wootton fail to allege sufficient facts to support any claims upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), Bankruptcy Rule 7012, for (1) failure to state a claim against Defendant; (2) the issue has already been heard and determined; (3) failure to include indispensible parties.

This Motion is further brought pursuant to this Notice, the supporting Memorandum of Points and Authorities, and such documentary evidence and oral argument as may be offered at trial.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 7007-1, requires a formal opposition to this Motion at least 14 days before the hearing on this matter.

Dated: November 15, 2010          CAMPEAU GOODSELL SMITH

                                  By: */s/: Kari L. Silva*
                                      Kari L. Silva
                                      Attorneys for Oxana Wootton